| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hugoton Operating Company, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF MISSISSIPPI** |
| Case number (if known): | **23-51139** |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Archrock**<br>901 W Hwy 72<br>Kenedy, TX 78119 | | | | | | $240,000.00 |
| **Border Well Service**<br>P.O. Box 1925<br>Laredo, TX 78044-1925 | | | | | | $94,215.00 |
| **CherCo**<br>2900 North Loop W Ste. 830<br>Houston, TX 77092 | | | | | | $163,079.99 |
| **Coastal Chemical**<br>P.O. Box 843365<br>Dallas, TX 75284-3365 | | | | | | $45,841.13 |
| **Critical Control**<br>3401 N Northeast Loop 323<br>Tyler, TX 78708 | | | | | | $44,778.93 |
| **El Gato**<br>P.O. Box 399<br>Hebbronville, TX 78361 | | | | | | $37,721.00 |
| **Excalibur**<br>P.O. Box 3941<br>Victoria, TX 77903 | | | | | | $168,361.10 |
| **Foam Master**<br>P.O. Box 159<br>Santa Elena, TX 78591 | | | | | | $74,610.79 |
| **Imperative Chemicals**<br>P.O. Box 679330<br>Dallas, TX 75267 | | | | | | $162,517.11 |
| **J & J Pipe & Supply**<br>P.O. Box 276<br>Ganado, TX 77962 | | | | | | $123,279.21 |

Debtor **Hugoton Operating Company, Inc.**　　　　　　　　　　　Case number *(if known)* **23-51139**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| K & R Operating<br>P.O. Box 463<br>Houston, TX 77210-4985 | | | | | | $33,469.50 |
| Katco<br>P.O. Box 399<br>Hebbronville, TX 78361 | | | | | | $26,588.50 |
| Lone Star Industries<br>57 E Hwy 359<br>P.O. Box 188<br>Hebbronville, TX 78361 | | | | | | $104,586.82 |
| Moran Equipment<br>319 Industrial Parkway<br>Elk City, OK 73644 | | | | | | $297,306.39 |
| Park Energy<br>500 N Broadway S #300<br>Oklahoma City, OK 73102 | | | | | | $116,144.00 |
| Pilot Thomas<br>P.O. Box 2136<br>Grapevine, TX 76099 | | | | | | $53,451.00 |
| Qwik Pipe<br>1825 Upland Dr.<br>Houston, TX 77043 | | | | | | $95,197.98 |
| Thru Tubing<br>P.O. Box 203379<br>Dallas, TX 75320 | | | | | | $49,430.31 |
| United Rentals<br>10330 David Taylor Dr.<br>Charlotte, NC 28262-2334 | | | | | | $137,714.17 |
| United Site Services<br>P.O. Box 246<br>Columbus, TX 78934 | | | | | | $57,598.25 |